IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| EMRYS JULIAN ALEXANDER, | 3:11-CV-00102-ST |
| Plaintiff, | JUDGMENT |
| v. | |
| JEFFREY DORN; ROSEANNE SIZER; PORTLAND POLICE BUREAU; CITY OF PORTLAND; and 1 to 10 UNKNOWN DEFENDANTS TO BE DETERMINED THROUGH DISCOVERY, in their individual and professional capacities, | |
| Defendants. | |

    Based on the Court's Order (#27) issued October 19, 2011, the Court **DISMISSES** this matter **with prejudice**.

    IT IS SO ORDERED.

    DATED this 19th day of October, 2011.

                                     /s/ Anna J. Brown
                                     ANNA J. BROWN
                                     United States District Judge

1 - JUDGMENT