IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

EMRYS JULIAN ALEXANDER,                      3:11-CV-00102-ST

        Plaintiff,                         JUDGMENT

v.

JEFFREY DORN; ROSEANNE SIZER;
PORTLAND POLICE BUREAU; CITY
OF PORTLAND; and 1 to 10
UNKNOWN DEFENDANTS TO BE
DETERMINED THROUGH DISCOVERY,
in their individual and
professional capacities,

        Defendants.


    Based on the Court's Order (#27) issued October 19, 2011,

the Court **DISMISSES** this matter **with prejudice**.

    IT IS SO ORDERED.

    DATED this 19th day of October, 2011.


                              _____
                              ANNA J. BROWN
                              United States District Judge

1 - JUDGMENT